Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the MIDDLE District of FLORIDA

_____ Division

Case No. 8:22-mc-00020-CEH-CPT

8:22-cv-1596-SDM-JSS

*(to be filled in by the Clerk's Office)*

Jeremiah Hudson    (IN ADMIRALTY)

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

-v-

L&W SUPPLY CORPORATION

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

FILED 2022 JUL 14 PM 12:31 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA TAMPA, FLORIDA

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Jeremiah Hudson Jr. |
   | Street Address | 301 W. PLATT ST. |
   | City and County | TAMPA, HILLSBOROUGH |
   | State and Zip Code | FLORIDA, 33606 |
   | Telephone Number | 813-323-8777 |
   | E-mail Address | jjhudsongolf@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name    L&W SUPPLY CORPORATION / DAN HINKLE
    Job or Title *(if known)*
    Street Address    2817 N. 36TH ST.
    City and County    TAMPA, HILLSBOROUGH
    State and Zip Code    FLORIDA, 33605
    Telephone Number    (813) 247-5402
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.   **SEE ATTACHED CASE ALREADY FILED**

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**OF THE INTEREST MONTH TO MONTH FOR NON-PAYMENT AND NON-RESONSE STATED ON THE AFFIDAVIT AND ON THE AFFIDAVIT OF OBLIGATION (COMMERCIAL LIEN).**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**SEE ATTACHED DEFAULTED JUDGEMENT**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

        **SEE ATTACHED( AFFIDAVIT OF OBLIGATION COMMERCIAL LIEN)**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/14/2022

Signature of Plaintiff: *Jeremiah Hudson Jr.*
Printed Name of Plaintiff: Jeremiah Hudson Jr.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Dear Judge Honeywell,

  I am under the impression that my claim is being considered miscellaneous because it is a admiralty maritime tort claim and it is operating through the rules of civil procedure A-G. So with all due respect YOUR Honor, if the court respectfully is not familiar with the Maritime rules A-G it should not proceed in my proceedings and an actual Court of Record,- Maritime Judge should be sought for this matter without delay to protect your court from a tort claim. Rule 9 (h) is the law of this matter and my claim established my court of record and jurisdiction of court that I ordered on my claim. My claims come in as an default judgment, Jurisdiction is already acquired at the entry of the claim by the Clerk of Court. All of my claims are true and fact and the long arm of the law must follow the LAW that is required for the different Writs. This company L&W is playing games with the plaintiff and should have paid from the start as we contracted. I am not and will not ask the court to do anything outside of the rules or of the laws of the land. A signature from you the judge, signed and sealed by the clerk of court and then sent to the Marshalls for process is the only thing that I'm requesting from the courts your honor, also I have also placed an completed civil complaint form for your courts way of proceeding. Please and Thank You Kindly!

  Jeremiah Hudson Jr.

  TRIBUNAL OFFICER; Special Master